1  James D. Curran, Esq. (SBN 126586)
   jcurran@wolkincurran.com
2  Shashauna Szczechowicz, Esq. (SBN 249102)
   sszczechowicz@wolkincurran.com
3  WOLKIN · CURRAN, LLP
   555 Montgomery Street, Suite 1100
4  San Francisco, California 94111
   Telephone: (415) 982-9390
5  Facsimile: (415) 982-4328

6  Attorneys for Plaintiff,
   THE GRAY INSURANCE COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| THE GRAY INSURANCE COMPANY, a Louisiana corporation, | Case No.: 5:13-cv-01630-JGB-OP |
|---|---|
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| RONALD E. PORGES, dba A&R ELECTRIC; SCION ELECTRIC, INC., dba A&R ELECTRIC; RONALD E. PORGES, an individual; and TRUDY A. PORGES, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| AND COUNTER-CLAIM | |

Based on the facts and documents stipulated between Plaintiff and Counter-Defendant THE GRAY INSURANCE COMPANY ("Gray") on the one hand, and Defendants and Counter-Claimants RONALD E. PORGES, individually and doing business as A&R ELECTRIC; SCION ELECTRIC, INC. doing business as A&R ELECTRIC; and TRUDY A. PORGES (collectively, "Defendants") on the

1.

other hand, as set forth in the *Stipulation for Judgment*, executed by each of the parties and filed on October 27, 2014 (Document 18), the Court determines that there is no just reasons for delay of entry of final judgment, and good cause appearing therefore, the Court enters judgment as follows.

1. Judgment shall be entered in favor of Gray and against Defendants, jointly and severally, in the amount of **$285,835.77** (which amount is inclusive of any and all costs and attorney's fees) as to the First Cause of Action (Breach of Contract) asserted in Gray's Complaint (Document 1).

2. Judgment entered herein shall be limited to Gray's damages in this action.

3. Judgment entered herein against defendant Trudy Porges shall not create a lien upon and shall not be executed against Trudy Porges' interest in the following real property:

   – 1716 E. South St., Anaheim, California 92805
   – 33549 Falling Leaf Dr., Green Valley Lake, California 92341
   – 33190 Wild Rose, Green Valley Lake, California 92341.

This real property is hereinafter referred to as the "Excluded Property."

4. Gray shall be entitled to enforce the Judgment entered herein, with the exception of the Excluded Property set forth above, against Defendants to the fullest extent available by law.

5. The Second Cause of Action (Specific Performance of Written Indemnity Agreement), Third Cause of Action (Injunctive Relief), and Fourth Cause of Action (*Quia Timet*) asserted in Gray's Complaint (Document 1) shall be dismissed, without prejudice.

6. The Counterclaim filed by Defendants against Gray (Document 8) shall be dismissed, without prejudice.

///
///

7. There shall be no claims or motions for attorney's fees or costs related to Gray's Complaint (Document 1) or Defendants' Counterclaim (Document 8).

8. All pending dates set forth in the *Order on Stipulation to Continue Trial Date and Extend Related Pretrial Deadlines* (Document 17) are vacated.

**JUDGMENT IS SO ENTERED.**

Dated: October 29, 2014

UNITED STATES DISTRICT JUDGE